HAENDIGES *v.* FORD.

No. 925. Decided March 13, 1967.

*Leonard P. Gilbert* for appellant.

*Lawrence E. Stewart* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed, it appearing that the judgment below rests upon an adequate state ground.

ANDERS *v.* CALIFORNIA.

No. 12, Misc. Decided March 13, 1967.

Petitioner *pro se.*

*Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *George J. Roth,* Deputy Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case remanded for further consideration in light of *Chapman* v. *California, ante,* p. 18.

MR. JUSTICE STEWART would grant certiorari and reverse the judgment for the reasons stated in his opinion concurring in the result in *Chapman* v. *California, ante,* at 42.